United States District Court
Southern District of Texas

**ENTERED**

February 05, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **YESICA YALIA MORATAYA HERNANDEZ,** | § § § | |
| **Petitioner,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:26-CV-00639** |
| **MARTIN FINK,** *et al.*, | § § | |
| **Respondents.** | § § | |

## <u>ORDER</u>

Before the Court is Petitioner Yesica Yalia Morataya Hernandez's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss / Motion for Summary Judgment (ECF No. 8). After considering the briefing and the applicable law, the Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Rivera-Henriquez v. Tate*, 4:25-CV-045436, (S.D. Tex. Sep. 26, 2025); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions. The Court therefore **DENIES** Respondents' Motion to Dismiss (ECF No. 8).

1 / 2

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within five days, that is, by February 10, 2026, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing and Petitioner's custody status on February 12, 2026. All relief not explicitly granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on February 5, 2026.

Keith P. Ellison
United States District Judge

2 / 2