United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **YESICA YALILA MORATAYA HERNANDEZ,** | § § § | |
| **Petitioner,** | § § § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-00639** |
| **MARTIN FRINK,** *et al.*, | § § § | |
| **Respondents.** | § § | |

## ORDER

Before the Court is Petitioner's Emergency Motion to Enforce (ECF No. 10). Petitioner contends that the Government failed to comply with this Court's February 5, 2026 order that Petitioner either be provided a bond hearing before an Immigration Judge within seven days or else be released from custody. *See* ECF No. 9. Specifically, Petitioner contends that while she appeared before an Immigration Judge at a bond hearing, the Immigration Judge concluded that they lacked jurisdiction to grant bond. Petitioner therefore remained in custody.

Petitioner filed her Motion to Enforce on April 8, 2026. On April 9, Respondents filed a Notice of Release (ECF No. 10), indicating that Petitioner was released from custody on April 8.

In light of Petitioner's release from custody, the Court DENIES Petitioner's Motion to Enforce without prejudice as moot.

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 10, 2026.

Keith P. Ellison
United States District Judge